IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FADI YASSINE,

    Plaintiff,

v.

BUREAU OF PRISONS,

    Defendant.

No. C 19-4688 WHA (PR)

**ORDER OF DISMISSAL**

Plaintiff, a California prisoner proceeding pro se, filed a letter on August 12, 2019, which was construed as an attempt to open a civil case. On the same day, the clerk notified plaintiff that he must submit a complaint and either the filing fee or a completed application to proceed in forma pauperis ("IFP"). Along with these notices, the clerk mailed to plaintiff a form complaint, an IFP application, instructions, and a stamped return envelope. The notices informed plaintiff that the case would be dismissed if he did not file a complaint and either pay the fee or file the completed IFP application within 28 days. No response has been received. Accordingly, this case is **DISMISSED** without prejudice.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: November 14, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE